[No. 5680–5–III.   Division Three.   December 18, 1984.]

*In the Matter of* ORVAL STONE, *Appellant,* FRANKLIN COUNTY CIVIL SERVICE COMMISSION, *Respondent.*

Appeal from a judgment of the Superior Court for Franklin County, No. 27888, Fred R. Staples, J., entered February 3, 1983. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Thompson, J., and Hopkins, J. Pro Tem.

[No. 13108–7–I.   Division One.   December 19, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS LEWIS HALL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–03976–4, Francis E. Holman, J., entered April 12, 1983. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Durham, C.J., and Ringold, J.

[No. 11696–7–I.   Division One.   December 19, 1984.]

NORTHWEST LAND BROKERS, INC., *Respondent,* v. ROLAND A. CRABTREE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–07764–3, Liem E. Tuai, J., entered April 20, 1984. *Affirmed* by unpublished opinion per Williams, J., concurred in by Corbett, A.C.J., and Ringold, J.